IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MANUEL JOVINO MATOS                                     CASE NO. 19-bk-02183-KSJ
                                                         CHAPTER 7

        Debtor.

_____/

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**PURSUANT TO LOCAL RULE 2002-4, THE COURT WILL CONSIDER THE RELIEF REQUESTED IN THIS PAPER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN TWENTY-ONE (21) DAYS FROM THE DATE SET FORTH ON THE ATTACHED PROOF OF SERVICE, PLUS AN ADDITIONAL THREE DAYS FOR SERVICE IF ANY PARTY WAS SERVED BY U.S. MAIL.**

**IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE A RESPONSE WITH THE CLERK OF THE COURT AT THE GEORGE C. YOUNG FEDERAL COURTHOUSE 400 WEST WASHINGTON STREET, SUITE 5100, ORLANDO, FL 32801 AND SERVE A COPY ON THE MOVANT'S ATTORNEY, GAVIN STEWART, P.O. BOX 5703, CLEARWATER, FL 33758, AND ANY OTHER APPROPRIATE PERSONS WITHIN THE TIME ALLOWED. IF YOU FILE AND SERVE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL EITHER SCHEDULE AND NOTIFY YOU OF A HEARING, OR CONSIDER THE RESPONSE AND GRANT OR DENY THE RELIEF REQUESTED WITHOUT A HEARING.**

**IF YOU DO NOT FILE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.**

       Wells Fargo Bank, N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW ("Movant") seeks, pursuant to 11 U.S.C. §362(d), for relief from the automatic stay and states:

       1.      On August 16, 2018, the Circuit Court in and for Orange County, Florida entered a Final Judgment of Foreclosure against Debtor regarding the following property:

**LOT 96, GROVEHURST AT STONECREST, AS PER PLAT THEREOF, RECORDED IN PLAT BOOK 63, PAGE 108, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.**

**AKA  1013 Araminta Street, Winter Garden, Florida 34787 ("Property")**.

2.  Specialized Loan Servicing LLC services the loan on the Property referenced in this Motion.  In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is continued on the mortgaged property, the foreclosure will be conducted in the name of Movant or Movant's successor or assignee.  Movant, directly or through an agent, has possession of the promissory note referenced in the Final Judgment of Foreclosure and has the ability to enforce and foreclose its lien.  The note has been duly endorsed and Movant is the assignee of the mortgage. A copy of the Final Judgment is attached hereto as Exhibit "A."

3.  The Final Judgment of Foreclosure is in the amount of $173,046.50 and, as of April 16, 2019, the total debt owed was $193,475.48.

4.  According to the Orange County Property Appraiser, the value of the Property is $200,940.00.  A copy of the Orange County Property Appraiser record card is attached hereto as Composite Exhibit "A."

5.  It would be inequitable to allow the Debtor to retain the Property, as there is little to no equity above the total indebtedness.

6.  Furthermore, cause exists to terminate the stay because Movant is not receiving payments to protect against the erosion of its security interest in the Property and the Final Judgment of Foreclosure commands the judicial sale of the Property.

7.  If Movant is not permitted to enforce its lien on the Property, it will suffer irreparable injury, loss, and damage.

**WHEREFORE**, Movant, respectfully requests the Court enter an order:

    a.    terminating the automatic stay;

    b.    permitting Movant to take any and all steps necessary to exercise any and all rights it may have in the Property described herein; and

    c.    granting such other relief that the Court may deem just and proper.

    */s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire
Florida Bar Number 52899
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com
Counsel for Movant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and first class mail this 18th day of April, 2019.

    */s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire

**VIA FIRST CLASS MAIL**
Manuel Jovino Matos
1013 Araminta St
Winter Garden, FL 34787

**VIA CM/ECF NOTICE**
Robert E Thomas
Post Office Box 5075
Winter Park, FL 32793-5075