IN THE CIRCUIT COURT OF THE 9TH JUDICIAL CIRCUIT
IN AND FOR **ORANGE** COUNTY, FLORIDA
**CIVIL DIVISION**

| | |
|---|---|
| Wells Fargo Bank, N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW<br>     Plaintiff<br>vs.<br><br>MANUEL J. MATOS and all unknown parties claiming by, through, under and against the above named Defendant who are unknown to be dead or alive whether said unknown are persons, heirs, devisees, grantees, or other claimants; UNKNOWN SPOUSE OF MANUEL J. MATOS; KATLENN I. MATOS; UNKNOWN SPOUSE OF KATLENN I. MATOS; GROVEHURST HOMEOWNERS ASSOCIATION, INC; STONE CREST MASTER ASSOCIATION, INC; TENANT I/UNKNOWN TENANT; TENANT II/UNKNOWN TENANT; TENANT III/UNKNOWN TENANT and TENANT IV/UNKNOWN TENANT, in possession of the subject real property,<br>     Defendants | Case No. 2017-CA-002296-O |

## FINAL SUMMARY JUDGMENT OF FORECLOSURE

THIS MATTER came before this Honorable Court upon Plaintiff's Motion for Final Summary Judgment of Foreclosure, and Attorney Fees and Costs, wherein the Court finds that service of process was properly rendered against Defendants. All Defendants were properly served with process and were then either voluntarily dismissed or timely defaulted.

The Court also finds that all Defendants have failed to assert any material facts or issues that precludes summary judgment. The Court finds that Plaintiff has filed Affidavits and Exhibits herein as proof of the sums due; and the Court having heard argument of counsel and being fully and sufficiently advised in the premises,

**IT IS ORDERED AND ADJUDGED:**

1. The Court has jurisdiction over the Defendants, **MANUEL J. MATOS** and all unknown parties claiming by, through, under and against the above named Defendant who are unknown to be dead or alive whether said unknown are persons, heirs, devisees, grantees, or other claimants; **UNKNOWN SPOUSE OF MANUEL J. MATOS; KATLENN I. MATOS; UNKNOWN**

SPOUSE OF KATLENN I. MATOS; GROVEHURST HOMEOWNERS ASSOCIATION, INC; STONE CREST MASTER ASSOCIATION, INC; TENANT I/UNKNOWN TENANT; TENANT II/UNKNOWN TENANT; TENANT III/UNKNOWN TENANT and TENANT IV/UNKNOWN TENANT, in possession of the subject real property, who were served with process and properly and either answered or were timely defaulted, along with subject matter jurisdiction over this cause and all party Defendants.

2. The Court finds the original mortgage and promissory note have been accepted into evidence, with the promissory note being canceled.

3. Plaintiff is owed as follows:

| | | |
|---|---|---|
| A. | Principal | $110,827.99 |
| B. | Interest from 5/1/16 through 4/15/18, with a per diem thereafter of $6.0728 | $4,333.35 |
| C. | Additional Interest to the date of this Judgment | $740.88 |
| D. | Skip Trace | $83.82 |
| E. | Escrow Advanced | $9,640.94 |
| F. | Deferred Balance | $37,357.67 |
| G. | Late Charges good through 7/19/16 | $135.60 |
| H. | Filing Fees | $1,067.50 |
| I. | Publication | $80.00 |
| J. | Service of Process | $815.00 |
| K. | Other Fees and Costs | $115.00 |
| L. | Recording Fees | $18.50 |
| M. | Property Inspection | $230.25 |
| N. | Attorney Fee | $7,600.00 |
| | **TOTAL** | **$173,046.50** |

The sum of $173,046.50, shall bear interest until paid in full at the lawful promulgated rate of 5.97% starting in 2018 and shall then be determined by in accordance with Florida Statue 55.03 by the State of Florida for each successive quarter thereafter until paid in full.

4. The Court finds that the 38.00 hours expended by counsel for Plaintiff in obtaining this Final Summary Judgment is a reasonable number of hours, and that the range of hourly rates charged by the attorney working on this matter for Plaintiff of One Hundred Seventy Five Dollars [$175.00] is reasonable and is the prevailing rate charged in this Judicial Circuit by lawyers of reasonable comparable skill, experience, and reputation for similar lawyers. Accordingly, the

Court finds that the amount of $175.00 per hour for a period of 19.00 hours and the amount of $225.00 per hour for a period of 19.00 hours for a total attorney's fee of **$7,600.00** as set forth herein the above paragraph is reasonable.

5. Plaintiff, **Wells Fargo Bank, N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW**, whose address is c/o Specialized Asset Management, 8742 Lucent Blvd., 3rd Floor, Highlands Ranch, CO 80129, holds a lien on the subject real property for the total sum of this judgment which is superior in dignity, right, title and interest to all persons, firms, estates, corporations claimed by Defendants **MANUEL J. MATOS** and all unknown parties claiming by, through, under and against the above named Defendant who are unknown to be dead or alive whether said unknown are persons, heirs, devisees, grantees, or other claimants; UNKNOWN SPOUSE OF MANUEL J. MATOS; KATLENN I. MATOS; UNKNOWN SPOUSE OF KATLENN I. MATOS; GROVEHURST HOMEOWNERS ASSOCIATION, INC; STONE CREST MASTER ASSOCIATION, INC; TENANT I/UNKNOWN TENANT; TENANT II/UNKNOWN TENANT; TENANT III/UNKNOWN TENANT and TENANT IV/UNKNOWN TENANT, in possession of the subject real property; and other in possession of the subject real property and any other joined Defendants or all other persons and legal entities taking subject to notice by Plaintiff's Lis Pendens as to the real property with a legal description as follows:

> **LOT 96, GROVEHURST AT STONECREST, AS PER PLAT THEREOF, RECORDED IN PLAT BOOK 63, PAGE 108 through 112 OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.**
>
> **Property Address: 1013 Araminta Street, Winter Garden, Florida 34787**

6. If the total sum with interest at the rate described in Paragraph 3 and all costs accrued subsequent to this judgment are not paid from the date of this judgment, the Clerk of the Court shall sell the property at Public Sale on the _18_ day of _Dec_, 2018 at 11:00 A.M. to the highest bidder for cash, except as prescribed in the above paragraph to be held at www.myorangeclerk.realforeclose.com in accordance with Section 45.031, Florida Statutes. The Clerk of Court shall not conduct the sale unless Plaintiff or its representative is present to bid at the sale.

7. Plaintiff may assign the judgment and credit bid by the filing of an Notice of Assignment Bid without further order of this Court.

8. Plaintiff shall advance all subsequent costs of this action. Should a party other than Plaintiff be the purchaser at the sale, Plaintiff shall be reimbursed by the Clerk for costs advanced including the Clerk's fee to conduct the sale and publication cost. Provided however that the purchase of the property for sale shall be responsible for the documentary stamps payable on the certificate of title. At the time of payment of the bid amount any purchaser other than Plaintiff shall pay a service charge assessed by the Clerk of the Circuit Court pursuant to Florida Statute 28.24, together with documentary stamps to be affixed to the Certificate of Title. If Plaintiff is the purchaser, the Clerk shall credit Plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full. Plaintiff may, if subsequent to the date of Plaintiff's Affidavit in Support of Motion for Summary Judgment, file an amended affidavit for additional sums owed as contemplated by this judgment. Any sums Plaintiff is required to advance any monies to protect its mortgage lien, then Plaintiff shall so certify to the Clerk of Court and the amount found due to Plaintiff shall be increased by the amount of such an advance with further order of the Court.

9. On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying:

    A.    All of Plaintiff's costs;

    B.    Plaintiff's attorney fees;

    C.    Total sum due to Plaintiff, less the items paid, and the same shall bear interest at the lawful promulgated rate until paid in full.

    D.    The balance of the proceeds of the sale in excess of the amounts paid under Paragraphs 9(a) (b) & (c) shall be retained by the Clerk of this Court pending further order of this Court.

10. On filing the Certificate of Sale the right of redemption shall be terminated and upon the filing of the Certificate of Title, Defendant and all persons claiming under or against them since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property and the purchaser at the sale shall be let into possession of the property located at **1013 Araminta Street, Winter Garden, Florida 34787.** If any defendant remains in possession of the

property, the Clerk forthwith a writ of possession upon the request of the person named on the certificate of title. The Sheriff is hereby authorized to serve the Writ of Possession thereafter and place Plaintiff into physical possession of the subject property.

      11. **IF THIS PROPERTY IS SOLD AT PUBIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSON WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT**
      IF YOU ARE A SUBORDINATE LIEN HOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THEN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

      IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATIVE AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT, ORANGE COUNTY, WITHIN 10 DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.

      IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT THE **LEGAL AID SOCIETY, ORLANDO, FLORIDA, (407) 841-8310**, TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT LEGAL AID FOR ASSISTANCE YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.

      12. **Defendant, GROVEHURST HOMEOWNERS ASSOCIATION, INC.** ("LAKES"), shall not be entitled to past due assessments and or attorney's fees from Plaintiff, its successors or assigns under Florida Statute §§718.116 or 720.3085 due to the holding in <u>Coral Lake Community Ass'n v. Busey Bank, N.A.</u>, 30 So.3d 579 (Fla. 2nd DCA 2010) and <u>Cohn v. The Grand Condominium Association, Inc.</u>, 62 So.3d 1120 (Fla. 2011), and pursuant to GROVEHURST'S Declaration of Easements, Covenants, Conditions & Restrictions, Article IV, §4.8, recorded in OR Book 8322, Page 705, in Orange County, Florida. Subsequent to issuance of a certificate of title, however, future assessments shall be due to Defendant GROVEHURST.

      13. Jurisdiction is retained to enter further Orders that are proper against Defendants including a deficiency judgments if the borrower has not been discharged in bankruptcy, writs of possession, relief as set forth in Florida Statute 702.07, relief which would include but is not limited to supplemental complaint, re-foreclosure, post judgment proceedings, motion to address sums owed to any party, association or defendant joined to this action and all other relief deemed necessary and just.

DONE AND ORDERED in Chambers, Orange County, Florida, this ___ day of _____ 2018.

_____
CIRCUIT JUDGE

**Conformed Copies To:**         by     *[signature]*
Gary Gassel, Esquire                    John S. Abrams
2191 Ringling Boulevard                 178 398
Sarasota, Florida 34237
pleadings@gassellaw.com

Manuel J. Matos and Katleen Matos        Grovehurst Homeowners Association, Inc
c/o Charles P. Castellon, Esq            c/o James A. Gustino, Esq
8810 Commodity Circle, Suite 27          P.O. Box 784959
Orlando, FL 32819                        Winter Garden, FL 34778
service@cpclaw.net                       jgustino@gustinolaw.com
                                         jgustino@mindspring.com

Stonecrest Master Association, Inc.      Tenant I n/k/a Hector J. Matos, Sr.
c/o Southwest Property Management as RA  Tenant II n/k/a Josepfa R. Matos
13350 W Colonial Dr, Suite 330           Tenant III n/k/a Hector J. Matos, Jr.
Winter Garden, FL 34778                  1013 Araminta ST
                                         Winter Garden, FL 34787

# Property Record - 35-22-27-3225-00-960

Orange County Property Appraiser • http://www.ocpafl.org

## Property Summary as of 04/18/2019

**Property Name**

1013 Araminta St

**Names**

Matos Manuel J
Matos Katlenn I

**Municipality**

WG - Winter Garden

**Property Use**

0103 - Single Fam Class III

**Mailing Address**

1013 Araminta St
Winter Garden, FL 34787-6525

**Physical Address**

1013 Araminta St
Winter Garden, FL 34787



**QR Code For Mobile Phone**



272235322500960  09/01/2009



272235322500960  09/01/2009



## Value and Taxes

## Historical Value and Tax Benefits

| Tax Year Values | | Land | | Building(s) | | Feature(s) | Market Value | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| 2018 | ✓ MKT | $45,000 | + | $150,624 | + | $7,500 = | $203,124 (2.0%) | **$200,940** (10%) |
| 2017 | ✓ MKT | $45,000 | + | $146,649 | + | $7,500 = | $199,149 (20%) | **$182,673** (10%) |
| 2016 | ✓ MKT | $30,000 | + | $128,566 | + | $7,500 = | $166,066 (.72%) | **$166,066** (33%) |
| 2015 | ✓ MKT | $30,000 | + | $131,871 | + | $3,000 = | $164,871 | **$124,771** |

| Tax Year Benefits | | Original Homestead | Additional Hx | Other Exemptions | SOH Cap | Tax Savings |
|---|---|---|---|---|---|---|
| 2018 | ✓ $ | n/a | n/a | n/a | n/a | **$21** |
| 2017 | ✓ $ | n/a | n/a | n/a | n/a | **$154** |
| 2016 | ✓ | n/a | n/a | n/a | n/a | **$0** |
| 2015 | ✓ $ HX CAP | $25,000 | $25,000 | $0 | $40,100 | **$1,378** |

## 2018 Taxable Value and Certified Taxes

| Taxing Authority | Assd Value | Exemption | Tax Value | Millage Rate | Taxes | % |
|---|---|---|---|---|---|---|
| Public Schools: By State Law (Rle) | $203,124 | $0 | $203,124 | 4.0510 (-4.05%) | **$822.86** | 24 % |
| Public Schools: By Local Board | $203,124 | $0 | $203,124 | 3.2480 (0.00%) | **$659.75** | 19 % |
| Orange County (General) | $200,940 | $0 | $200,940 | 4.4347 (0.00%) | **$891.11** | 26 % |
| City Of Winter Garden | $200,940 | $0 | $200,940 | 4.5000 (5.88%) | **$904.23** | 27 % |
| Library - Operating Budget | $200,940 | $0 | $200,940 | 0.3748 (0.00%) | **$75.31** | 2 % |
| St Johns Water Management District | $200,940 | $0 | $200,940 | 0.2562 (-5.95%) | **$51.48** | 2 % |
| | | | | **16.8647** | **$3,404.74** | |

## 2018 Non-Ad Valorem Assessments

| Levying Authority | Assessment Description | Units | Rate | Assessment |
|---|---|---|---|---|
| There are no Non-Ad Valorem Assessments | | | | |

# Property Features

## Property Description

GROVEHURST 63/108 LOT 96

## Total Land Area

| 6,000 sqft (+/-) | | 0.14 acres (+/-) | GIS Calculated |
|---|---|---|---|

## Land

| Land Use Code | Zoning | Land Units | Unit Price | Land Value | Class Unit Price | Class Value |
|---|---|---|---|---|---|---|
| 0100 - Single Family | PUD | 1 LOT(S) | working... | working... | working... | working... |

## Buildings

| | | | Subarea Description | Sqft | Value |
|---|---|---|---|---|---|
| **Model Code** | 01 - Single Fam Residence | | | | |
| **Type Code** | 0103 - Single Fam Class III | | BAS - Base Area | 1705 | working... |
| **Building Value** | $154,718 | | FGR - Fin Garage | 400 | working... |
| **Estimated New Cost** | $170,207 | | FOP - F/Opn Prch | 175 | working... |
| **Actual Year Built** | 2005 | | | | |
| **Beds** | 4 | | | | |
| **Baths** | 2.0 | | | | |
| **Floors** | 1 | | | | |
| **Gross Area** | 2280 sqft | | | | |
| **Living Area** | 1705 sqft | | | | |
| **Exterior Wall** | Cb.Stucco | | | | |
| **Interior Wall** | Drywall | | | | |

## Extra Features

| Description | Date Built | Units | Unit Price | XFOB Value |
|---|---|---|---|---|
| SCR2 - Scrn Enc 2 | 08/29/2007 | 1 Unit(s) | working... | working... |

## Sales

### Sales History

| Sale Date | Sale Amount | Instrument # | Book/Page | Deed Code | Seller(s) | Buyer(s) | Vac/Imp |
|---|---|---|---|---|---|---|---|
| 12/30/2005 | $243,300 | 20060173609 | 08533 / 2265 | Warranty Deed | M/I Homes Of Orlando LLC | Matos Manuel J<br>Matos Katlenn I | Improved |

## Similar Sales

| Address | Sale Date | Sale Amount | $/SQFT | Deed Code | Beds/Baths | Instrument # | Book/Page |
|---|---|---|---|---|---|---|---|
| 12875 Daughtery Dr | 03/27/2019 | $275,000 | $141 | Warranty Deed | 4/2 | 20190203824 | / |
| 12826 Grovehurst Ave | 03/19/2019 | $265,000 | $155 | Warranty Deed | 4/2 | 20190166922 | / |
| 12856 Grovehurst Ave | 12/05/2018 | $347,800 | $103 | Warranty Deed | 5/3 | 20180746615 | / |
| 12928 Grovehurst Ave | 11/30/2018 | $310,000 | $108 | Warranty Deed | 4/2 | 20180718486 | / |
| 1011 Emmett Ln | 10/11/2018 | $215,000 | $63 | Warranty Deed | 5/3 | 20180607272 | / |
| 12706 Grovehurst Ave | 10/10/2018 | $380,000 | $112 | Warranty Deed | 5/3 | 20180606531 | / |
| 12910 Grovehurst Ave | 07/16/2018 | $260,000 | $152 | Warranty Deed | 4/2 | 20180433008 | / |
| 12874 Daughtery Dr | 05/31/2018 | $320,000 | $127 | Warranty Deed | 4/2 | 20180327305 | / |
| 12845 Daughtery Dr | 05/23/2018 | $320,000 | $127 | Warranty Deed | 4/2 | 20180313286 | / |

# Services for Location

## TPP Accounts At Location

| Account | Market Value | Taxable Value | Business Name(s) | Business Address |
|---|---|---|---|---|

There are no TPP Accounts associated with this parcel.

## Schools

Sunridge (Middle School)

| | |
|---|---|
| **Principal** | Mrs. Patricia J Bowen-Painter |
| **Office Phone** | 407-656-0794 |
| **Grades** | 2018: A  |  2017: A  |  2016: A |

Sunridge (Elementary)

| | |
|---|---|
| **Principal** | Christy Lyn Gorberg |
| **Office Phone** | 407-656-0809 |
| **Grades** | 2018: B  |  2017: C  |  2016: C |

West Orange (High School)

| | |
|---|---|
| **Principal** | William J Floyd |
| **Office Phone** | 407-905-2400 |
| **Grades** | 2018: B  |  2017: B  |  2016: B |

## Community/Neighborhood Association

| | |
|---|---|
| **Name** | Grovehurst Homeowners Association, Inc. |
| **Gated?** | No |
| **Number Of Households** | 104 |

## Utilities/Services

| | |
|---|---|
| **Electric** | Duke Energy |
| **Water** | Winter Garden |
| **Recycling (Tuesday)** | Winter Garden |
| **Trash** | Winter Garden |
| **Yard Waste (Wednesday)** | Winter Garden |

## Elected Officials

| | |
|---|---|
| State Senate | Randolph Bracy |
| US Representative | Val Demings |
| School Board Representative | Pam Gould |
| State Representative | Eric Eisnaugle |
| County Commissioner | Betsy VanderLey |
| Orange County Property Appraiser | Rick Singh |

## Nearby Amenities (1 mile radius)

| | |
|---|---|
| **ATMS** | 6 |
| **Barber Shops** | 1 |
| **Beauty Salons** | 4 |
| **Dentists Offices** | 3 |
| **Dry Cleaners** | 1 |
| **Gas Stations** | 1 |
| **Gyms & Fitness** | 1 |
| **Nail Salons** | 2 |
| **Optometrists Offices** | 1 |
| **Pharmacy** | 1 |
| **Restaurants** | 25 |

## Market Stats

# Sales Within Last 1 Year

Grovehurst

| | Sales Within Last 6 Months | | | | Sales Between 6 Months To One Year | | | |
|---|---|---|---|---|---|---|---|---|
| | Count | Median | Average | Volume | Count | Median | Average | Volume |
| **Single Family Residential** | 4 | $292,500 ($124/SqFt) | $299,450 ($127/SqFt) | $1,197,800 | 5 | $320,000 ($127/SqFt) | $299,000 ($116/SqFt) | $1,495,000 |